■ IMRE VON SCHREIBER, Appellant, *v.* LEONARD S. KANDELL, Respondent. — Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOSEPH C. MARCO, Respondent, v. SAMUEL HOLZER, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against AMERICA MARBLE Co., INC., Appellant.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [13 Misc 2d 877.]

■ EMPRESA DE LIMAS UNIAO TOME FETEIRA, LDA., Respondent, v. HI-TEST TWIST DRILL WORKS INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ANTHONY BAZZI, Appellant, v. MAX ASCOLI, Respondent.— Appeal from order entered September 11, 1957, unanimously dismissed, without costs. Said determination was not made upon notice and is not appealable (*Vallen* v. *Fifth Ave. Coach Corp.*, 5 A D 2d 769). Order entered March 13, 1958, unanimously reversed, without costs, and motion for preference is granted. On this record, a preference is warranted in the exercise of discretion. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ ROBERT THOM, Respondent-Appellant, v. MEYER LEVIN, Appellant, and MICHAEL MYERBERG et al., Respondents.— Motion by defendant-appellant for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ROBERT THOM, Respondent-Appellant, v. MEYER LEVIN, Appellant, and MICHAEL MYERBERG et al., Respondents.— Motion by plaintiff-respondent-appellant for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ROBERT THOM, Respondent-Appellant, v. MEYER LEVIN, Appellant, and MICHAEL MYERBERG et al., Respondents.— Motion by defendants-respondents to dismiss application of plaintiff-respondent-appellant for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of WILLIAM A. DOUGHERTY, an Attorney.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted, and the operation of the order of disbarment of this court, entered January 6, 1959, is suspended pending determination of an appeal to the Court of Appeals. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of SOCONY MOBIL OIL COMPANY, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.

*Per Curiam.* The Tax Commission appeals from two final orders entered March 28, 1957 reducing the real estate tax assessments on 27 gasoline and service station properties located in the Borough of Manhattan, all controlled by the petitioner. Thirteen properties are located north and fourteen are south of 59th Street.